# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO AGUILAR, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY. <br><br> Defendant. | Case No. 1:17-cv-01482-SAB <br><br> ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME <br><br> (ECF Nos. 13, 15) |

On July 22, 2018, Defendant filed a motion for an extension of time to file her opposition to Plaintiff's opening brief. As Defendant's counsel indicated that she did not receive a response from Plaintiff to the request for an extension, the Court ordered Plaintiff to file an opposition or statement of non-opposition to Defendant's motion for an extension of time. On July 25, 2018, Plaintiff filed a statement of non-opposition to Defendant's motion for an extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time is GRANTED;
2. Defendant's responsive pleading shall be filed on or before August 22, 2018; and
3. Plaintiff's reply, if any, shall be filed on or before September 6, 2018.

IT IS SO ORDERED.

Dated: **July 26, 2018**

UNITED STATES MAGISTRATE JUDGE

1