# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ANTONIO AGUILAR,<br><br>      Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No.: 1:17-cv-01482-SAB<br><br>ORDER RE STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>(ECF No. 17) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. This action is remanded to the Commissioner of Social Security for further administrative proceedings;

2. Judgment is entered in favor of Plaintiff Antonio Aguilar and against Defendant Commissioner of Social Security; and

3. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated: **August 22, 2018**

UNITED STATES MAGISTRATE JUDGE