# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO AGUILAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:17-cv-01482-SAB<br><br>ORDER GRANTING STIPULATION FOR AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412(d)<br><br>(ECF No. 19) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff Antonio Aguilar is awarded attorney fees and expenses in the amount of two thousand seven hundred and fifty dollars ($2,750.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: __**October 30, 2018**__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1